**FILED**
CLERK, U.S. DISTRICT COURT

9/25/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW\_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio corporation, <br><br> Plaintiff, <br><br> -vs- <br><br> STOUT ROOFING, INC., a California corporation; STOUT ROOFING OF CALIFORNIA, INC., a California corporation; SAN JOSE CONSTRUCTION COMPANY, a California corporation; BERRYESSA LIGHT INDUSTRIAL CENTER COMMERCIAL CONDOMINIUM ASSOCIATION, INC., a California corporation; BERRYESSA DEVELOPMENT CO. INC., a California corporation; LANDMARK AMERICAN INSURANCE COMPANY, a n Oklahoma corporation; NATIONAL FIRE INSURANCE COMPANY of HARTFORD, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation <br><br> Defendants. | Case No. 2:15-CV-03422-AB-MRW <br><br> **JUDGMENT FOR DECLARATORY RELIEF IN FAVOR OF JAMES RIVER INSURANCE CO. AGAINST STOUT ROOFING, INC.** |

///

-1-

Having considered the Stipulation between plaintiff JAMES RIVER INSURANCE COMPANY ("JAMES RIVER") and defendant STOUT ROOFING, INC. ("STOUT SOCAL"), the Court hereby makes the following findings of fact as follows:

1. STOUT SOCAL has been personally served with the Complaint in the above-captioned action, and is subject to the jurisdiction of the Court;

2. STOUT SOCAL is and at all material times was a corporation organized and existing under the laws of the State of California;

3. STOUT SOCAL tendered its defense to the Cross-Complaint filed by San Jose Construction ("SJC") in an underlying construction defect action, *Berryessa Light Industrial Center Commercial Condominium Association, Inc. v. Berryessa Development Co., Inc.*, Santa Clara County Superior Court Case No. 113CV245831 (the "*Berryessa* Action") to JAMES RIVER (to which the instant action applies);

4. STOUT SOCAL was and at all material times is a roofing contractor located at 9705 Washburn Road, Downey, California, and run or administered by Ray DeBrouwer. Stout Roofing of California, Inc. ("STOUT NORCAL") was and at all material times is a roofing contractor located at various times at 475 Wax Lax Way, Livermore, California 04550 ("LIVERMORE LOCATION") and later at 3480 Carpenter Road, Stockton, California ("STOCKTON LOCATION") and run by / administered by Scott DeBrouwer. Construction operations conducted out of the LIVERMORE LOCATION and the STOCKTON LOCATION are sometimes referred to herein as the "STOUT NORTHERN CAL OPERATIONS."

5. JAMES RIVER issued to STOUT SOCAL a Commercial General Liability Insurance Policy Number 00052706-0, effective 04/01/2012 to 04/01/2013 with limits of insurance of $1,000,000.00 per claim and $2,000,000.00 in the aggregate (the "2012 Policy"), which was renewed under Policy No. 00052706, effective 04/01/2013 to 04/01/2014 (the "2013 Policy"). The 2012 Policy and the 2013 Policy expressly excluded STOUT NORCAL as an Insured.

6. At the time the 2012 Policy and 2013 Policy were issued to STOUT SOCAL, the premium for the 2012 Policy and the 2013 Policy and the risk accepted by JAMES RIVER was expressly based on the parties' mutual intent to exclude the STOUT NORTHERN CAL OPERATIONS, which STOUT SOCAL represented had been exclusively conducted through another, separate entity, STOUT NORCAL.

7. The *Berryessa* Action concerns certain construction defect claims made by defendants BERRYESSA LIGHT INDUSTRIAL CENTER COMMERCIAL CONDOMINIUM ASSOCIATION, INC. ("BERRYESSA CONDO ASS'N") against the developer, BERRYESSA DEVELOPMENT CO., INC. ("BERRYESSA DEVELOPMENT") and the general contractor SAN JOSE CONSTRUCTION, INC. ("SJC").

8. From approximately 2000 through 2012, Scott DeBrouwer operated STOUT NORCAL out of the LIVERMORE LOCATION and the STOCKTON LOCATION.

9. STOUT NORCAL was a separate corporation from STOUT SOCAL, utilized a separate Contractors License (No. 783513) issued by the California State Contractors Licensing Board, and utilized different construction personnel than STOUT SOCAL.

10. STOUT NORCAL went out of business in 2012 and is presently a dissolved corporation.

11. On or about February 1, 2002, Scott DeBrouwer signed a subcontract with SJC for roofing work at structures located at 919, 921, 927, 929 and 933 Berryessa Road in San Jose, California, known as the Berryessa Light Industrial Center Commercial Condominium Project (the "Project") which is the subject of the *Berryessa* Action (the "SJC SUBCONTRACT").

12. Although the SJC SUBCONTRACT listed the contracting party as "Stout Roofing, Inc." and STOUT SOCAL's Contractors License Number 402536 instead of STOUT NORCAL's name (Stout Roofing of California, Inc.) and Contractors License

Number 783513, the address, telephone and fax number on the SJC SUBCONTRACT correctly referred to the STOUT NORCAL location at 475 Wax Lax Way, Livermore, CA 94550, Tel. (925) 455-3860; Fax (925) 455-3869.

13. The actual construction services at the Project were provided exclusively by STOUT NORCAL, including its employees, independent contractors, suppliers and materialmen.

14. STOUT SOCAL had nothing to do with the construction services at the PROJECT.

15. On or about May 6, 2013, BERRYESSA CONDO ASS'N filed the *Berryessa* Action. SJC was initially named as a defendant and later was dismissed without prejudice. SJC was added back in as a defendant and filed a Cross-complaint against STOUT SOCAL. STOUT SOCAL tendered its defense to JAMES RIVER.

Consistent with the above findings of fact, IT IS HEREBY ADJUDGED AND DECREED as follows:

1. The 2012 Policy and the 2013 Policy are hereby reformed as of the date of their inception to expressly exclude any of the NORTHERN CAL OPERATIONS regardless of whether they were rendered by personnel employed by or who contracted with STOUT SOCAL or STOUT NORCAL;

2. There is no coverage for the *Berryessa* Action under the 2012 Policy or the 2013 Policy for STOUT SOCAL either for a defense or indemnity;

3. JAMES RIVER and STOUT SOCAL are to bear their own attorney's fees and costs with regard to this Action.

DATED: September 25, 2015

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE